IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED
FEB 1 5 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PRESTON SHAWN WHITTINGTON,<br><br>  Defendant. | Case No. CR 23-014 RAW |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**ESCAPE FROM PENAL INSTITUTION IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1151, 1152, 13 & 21 Okla. Stat. § 443(B)]**

On or about March 30, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **PRESTON SHAWN WHITTINGTON**, an Indian, while an inmate in the custody of the Department of Corrections, did escape from said custody while confined in a correctional facility, in violation of Title 18, United States Code, Sections 1151, 1152, 13, and Title 21, Oklahoma Statutes, Section 443(B).

### COUNT TWO

**ASSAULT WITH INTENT TO COMMIT ANY FELONY IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(2), 1151, & 1153]**

On or about March 30, 2021, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **PRESTON SHAWN WHITTINGTON**, an Indian, did assault V.C. with intent to commit any felony, in violation of Title 18, United States Code, Sections 113(a)(2), 1151, and 1153.

## COUNT THREE

### KIDNAPPING IN INDIAN COUNTRY
### [18 U.S.C. §§ 1201(a)(2), 1151, & 1153]

On or about March 30, 2021, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **PRESTON SHAWN WHITTINGTON**, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for some benefit, V.C., in violation of Title 18, United States Code, Sections 1201(a)(2), 1151, and 1153.

## COUNT FOUR

### ROBBERY IN INDIAN COUNTRY
### [18 U.S.C. §§ 2111, 1151, & 1153]

On or about March 30, 2021, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **PRESTON SHAWN WHITTINGTON**, an Indian, did by force, violence, and intimidation, take and attempt to take items of value from the person and presence of V.C., in violation of Title 18, United States Code, Sections 2111, 1151, and 1153.

## COUNT FIVE

### CARJACKING
### [18 U.S.C. § 2119(1)]

On or about March 30, 2021, within the Eastern District of Oklahoma, the Defendant, **PRESTON SHAWN WHITTINGTON**, did take and attempt to take a motor vehicle, to wit: a 2020 Honda Accord bearing Oklahoma plate IAH577, that had been transported, shipped, and received in interstate commerce, from the person and a presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
SHANNON L. HENSON, OK BAR # 15905
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY